IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RAYMOND EVA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE PRISON, JIM SALMONSON, WARDEN,<br><br>Defendant. | CV 22-0057-H-SEH<br><br>ORDER |

On July 12, 2022, Raymond Eva filed a motion to proceed in forma pauperis and a petition for injunction on behalf of a third party, Brandon Smith.[1] Eva does not represent Brandon Smith, and may not act for or seek relief on his behalf.[2]

**ORDERED**

1. This matter is DISMISSED without prejudice.

---

[1] Docs. 1 and 2.
[2] See, *Russell v. United States*, 308 F. 2d 78, 79 (9th Cir. 1962) ("a litigant appearing in propria persona has no authority to represent anyone other than himself").

2. All pending motions are DENIED as moot.

DATED this 25th day of July, 2022.

*Sam E Haddon*

Sam E. Haddon
United States District Court Judge